# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Joshua Glenn McRavion, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:17-cv-00082-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Dennis Harris | ) | |
| Tiffany Gentry Cline | ) | |
| Micha J. Sanderson, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 21, 2017 Order.

June 21, 2017

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court